611 A.2d 644

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
NELSON GONZALES, DEFENDANT–PETITIONER.

April 30, 1992.

Petition for certification is granted, and the matter is summarily remanded to the Law Division for resentencing in light of *State v. David Dillihay*, 127 *N.J.* 42, 601 *A.*2d 1149 (1992). Jurisdiction is not retained.

611 A.2d 644

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHALIS CEPEDES, DEFENDANT–PETITIONER.

May 29, 1992.

Petition for certification is granted, and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing in light of *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991) and *State v. Dillihay*, 127 *N.J.* 42, 601 *A.*2d 1149 (1992).

611 A.2d 644

AGAPITO RAVARRA AND TIMOTEA RAVARRA, ETC., PLAINTIFFS–PETITIONERS, v. HUSKY INJECTION MOLDING SYSTEMS, INC., ETC., DEFENDANT–RESPONDENT, AND JOHN DOE MANUFACTURING CO., ET AL., DEFENDANTS.

June 19, 1992.

Petition for certification is granted, and the matter is remanded to the Appellate Division for reconsideration in the light of *Johansen v. Makita USA, Inc.*, 128 *N.J.* 86, 607 *A.*2d 637 (1992).

Jurisdiction is not retained.